UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DALTON J. JAQUILLARD #629605,<br>Plaintiff | CIVIL DOCKET NO. 1:22-CV-05755<br>SEC P |
| VERSUS | JUDGE DRELL |
| PAT BOOK, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 12), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the claims against Sheriff Edwards, Nurse Robin, Captain Stott, Warden Book, and Catahoula Correctional Center are DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) an 1915A. The Complaint (ECF No. 1) will be served on the remaining Defendants pursuant to a forthcoming Order.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 30th day of May 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT